IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNTHAN R. DORITY                                                     PLAINTIFF

v.                      CIVIL NO: 2:15-2083-cv-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                        DEFENDANT

## **JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion an Order, Defendants' motion to dismiss is hereby granted and the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 3rd day of August, 2015.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE